IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RAY CHRIS MOBLEY,
     Plaintiff,

vs.                                 Case No.:  3:11cv179/LAC/EMT

WALTON COUNTY DEP'T OF CORR., et al.,
     Defendants.
_____/

**O R D E R**

     This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 11, 2012 (doc. 28).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file any objections pursuant to Title 28, United States Code, Section 636(b)(1).

     Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is now **ORDERED** as follows:

     1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

     2.     This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute or failure to comply with an order of the court.

     **DONE AND ORDERED** on this 14th day of February, 2012.

                                   s/ *L. A. Collier*
                                     Lacey A. Collier
                            Senior United States District Judge